No. 560, Misc. LEWIS ET AL. *v.* MONTGOMERY, DIRECTOR, CALIFORNIA DEPARTMENT OF SOCIAL WELFARE, ET AL. Appeal from D. C. N. D. Cal. Motion of appellants for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted and case transferred to appellate docket. *Rubin Tepper* and *Steven J. Antler* for appellants. *Thomas C. Lynch,* Attorney General of California, and *Elizabeth Palmer* and *Jay S. Linderman,* Deputy Attorneys General, for appellees. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Alan S. Rosenthal* for the United States as *amicus curiae* in support of appellants.

No. 175. MORAGNE *v.* STATES MARINE LINES, INC., ET AL. C. A. 5th Cir. Certiorari granted. *Charles Jay Hardee, Jr.,* for petitioner. *William A. Gillen* for States Marine Lines, Inc., and *George Ericksen* for Gulf Florida Terminal Co., respondents.

No. 440. NATIONAL LABOR RELATIONS BOARD *v.* RAYTHEON CO. ET AL. C. A. 9th Cir. Certiorari granted. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for petitioner. *Charles H. Resnick* for respondent Raytheon Co.

No. 81, Misc. CHAMBERS *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Robert W. Duggan* for respondent.